IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASEN ANTONIO,<br>　　aka "Fluff"<br><br>　　　　Defendant. | Crim. No. 03-00493 HG-01<br>Crim. No. 03-00494 HG-06<br>Crim. No. 03-00496 HG-03<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE FOR SUBSTANTIAL ASSISTANCE |

**ORDER GRANTING GOVERNMENT'S MOTION FOR REDUCTION
OF SENTENCE FOR SUBSTANTIAL ASSISTANCE**

Defendant Jasen Antonio ("Antonio") was charged in three separate Indictments. On October 8, 2003, Antonio was charged in an Indictment in Crim. No. 03-00493, with one count of a violation of Title 21, United States Code, Section 846 (Count 1 - Conspiracy to possess with intent to distribute fifty (50) grams or more of methamphetamine; one count of a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2 (Count 2 - Possession with intent to distribute fifty (50) grams or more of methamphetamine); and one count of a violation of Title 21, United States Code, Section 843(b) (Count 3 - Unlawful use of a communications facility).

Antonio was also charged in an Indictment in Crim. No. 03-00494, with one count of a violation of Title 21, United States

1

Code, Section 846 (Count 1 - Conspiracy to possess with intent to distribute fifty (50) grams or more of methamphetamine); one count of a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) and Title 18, United States Code, Section 2 (Count 2 - Possession with intent to distribute fifty (50) grams or more of methamphetamine); and one count of a violation of Title 21, United States Code, Section 843(b) (Count 6 - Unlawful use of a communications facility).

Finally, Defendant was charged in an Indictment in Crim. No. 03-00496, with one count of a violation of Title 21, United States Code, Section 846 (Count 1 - Conspiracy to possess with intent to distribute fifty (50) grams or more of methamphetamine); one count of a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) (Count 2 - Possession with intent to distribute fifty (50) grams or more of methamphetamine); and one count of a violation of Title 18, United States Code, Section 1956(h) (Count 13 - Conspiracy to commit money laundering).

All three cases were consolidated for purposes of plea and sentencing. On August 9, 2004, Antonio appeared before the Court and pled guilty to Count 1 of the Indictment in Crim. No. 03-00493, Count 1 of the Indictment in Crim. No. 03-00494, and Count 1 of the Indictment in Crim. No. 03-00496. The Court dismissed the remaining counts against Antonio at the time of his

sentencing.

On September 29, 2005 the Court imposed a sentence of 131 months imprisonment as to each count in each Indictment, all sentences to run concurrently. The Court also sentenced Antonio to five years supervised release as to each count, in each Indictment, all of the sentences to run concurrently. At the time the Court sentenced Antonio, his cooperation was not yet complete.

On July 26, 2006, the Government filed a Motion for Reduction of Sentence for Substantial Assistance Pursuant to Federal Rule of Criminal Procedure 35(b)(1)(A). The Government recommended a 39-month reduction in Antonio's sentence, from 131 months to 92 months.

On July 31, 2006, Antonio filed a Memorandum in Support of Motion for Reduction of Sentence for Substantial Assistance. Antonio asked the Court to further reduce his sentence to somewhere within the 63 to 78-month range.

After reviewing the information provided by the Government and Antonio concerning Antonio's level of cooperation and considering the arguments made in support of reducing Antonio's sentence, the Court GRANTS the Government's motion to reduce Antonio's sentence. Antonio's sentence is reduced by 39 months to a term of 92 months.

**STANDARD OF REVIEW**

Federal Rule of Criminal Procedure 35(b)(1) provides:

> Upon the government's motion made within one year of sentencing, the court may reduce a sentence if:
>
> (A) the defendant, after sentencing, provided substantial assistance in investigating or prosecuting another person; and
>
> (B) reducing the sentence accords with the Sentencing Commission's guidelines and policy statements.

A Rule 35 motion is essentially a plea for leniency and is addressed to the sound discretion of the district court. United States v. Smith, 964 F.2d 885, 887 (9th Cir. 1992); United States v. Hooton, 693 F.2d 857, 859 (9th Cir. 1982).

**ANALYSIS**

The Court finds that Antonio substantially assisted the Government in the investigation and prosecution of criminal activity. Antonio is entitled to a reduction of his sentence pursuant to Rule 35(b)(1). The Court rejects Antonio's request for a reduction within a range of 63-78 months in light of the serious nature of Antonio's prior criminal record. Based on the nature of Antonio's cooperation, the Court finds that a sentence reduction of 39 months is appropriate and is consistent with the Sentencing Guidelines and the Sentencing Commission's policy statements.

**CONCLUSION**

In accordance with the foregoing, the Court GRANTS the

Government's motion for reduction of sentence for substantial assistance, filed on July 26, 2006, and reduces Antonio's sentence of 131 months to 92 months.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 22, 2006.



/s/ Helen Gillmor
Chief United States District Judge

---

United States v. Jasen Antonio, aka "Fluff", Crim. No. 03-00493 HG-01; Crim. No. 03-00494 HG-06; Crim. No. 03-00496 HG-03; **ORDER GRANTING GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE FOR SUBSTANTIAL ASSISTANCE**

## Orders on Motions

1:03-cr-00493-HG USA v. Antonio, et al **CASE CLOSED on 09/29/2005**

## U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from afc, entered on 8/23/2006 at 9:52 AM HST and filed on 8/23/2006

**Case Name:** USA v. Antonio, et al
**Case Number:** 1:03-cr-493
**Filer:**
**Document Number:** 339

**Docket Text:**
ORDER granting [337] Government's Motion for Reduction of Sentence for Substantial Assistance - as to deft (01) JASEN ANTONIO - signed by Judge HELEN GILLMOR on 08/22/06; this order filed in CR 03-00493HG-01, CR 03-00494HG-06, and CR 03-00496HG-03. [Antonio's sentence of 131 months is reduced to 92 months] (afc)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=8/23/2006] [FileNumber=137645-0]
[bc4b0f7071b7a437a99bcc1026dae18c2bfc6093020a77f736a471c3f18f6311013c
a0d23658fea9b7e2a21a1706a8c77c80b03b108e55285e05786d8a5f5fef]]

**1:03-cr-493-1 Notice will be electronically mailed to:**

Myles S. Breiner    mbreiner@hawaii.rr.com, jpader@hawaii.rr.com

Chris A. Thomas    chris.thomas@usdoj.gov, madelynn.derby@usdoj.gov; janice.tsumoto@usdoj.gov; USAHI.ECFNarcotics@usdoj.gov

**1:03-cr-493-1 Notice will be delivered by other means to:**

# Orders on Motions
1:03-cr-00494-SOM USA v. Chang, et al

## U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from afc, entered on 8/23/2006 at 10:15 AM HST and filed on 8/23/2006
**Case Name:** USA v. Chang, et al
**Case Number:** 1:03-cr-494
**Filer:**
**Document Number:** 597

**Docket Text:**
ORDER granting [574] Government's Motion for Reduction of Sentence for Substantial Assistance - as to deft (06) JASEN ANTONIO - signed by Judge HELEN GILLMOR on 08/22/06; this order filed in CR 03-00493HG-01, CR 03-00494HG-06, and CR 03-00496HG-03. [Antonio's sentence of 131 months is reduced to 92 months] (afc)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=8/23/2006] [FileNumber=137677-0]
[1d3cb4925bf630e9175aaf0492b8842c67b7a5ec220e1dd033519289ec52082e3987
05bccb73e165283fcf525473a656de925bbe2e2ee7a126b74eefef34840f]]

**1:03-cr-494-6 Notice will be electronically mailed to:**

David Bettencourt    airlaw@pixi.com

Myles S. Breiner    mbreiner@hawaii.rr.com, jpader@hawaii.rr.com

Richard D. Gronna    rgronna@hawaii.rr.com

William A. Harrison    wharrison@hamlaw.net

Daniel T. Pagliarini    dan@ilghawaii.com

Chris A. Thomas    chris.thomas@usdoj.gov, madelynn.derby@usdoj.gov; janice.tsumoto@usdoj.gov; USAHI.ECFNarcotics@usdoj.gov

**1:03-cr-494-6 Notice will be delivered by other means to:**

Michael Jay Green
Queen Street Building
345 Queen St 2nd Fl
Honolulu, Hi 96813

Lynn E. Panagakos
345 Queen Street, 2nd Floor
Honolulu, HI 96813

# Orders on Motions

1:03-cr-00496-ACK USA v. Postadan, et al **CASE CLOSED on 09/29/2005**

## U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from afc, entered on 8/23/2006 at 10:19 AM HST and filed on 8/23/2006

**Case Name:** USA v. Postadan, et al
**Case Number:** 1:03-cr-496
**Filer:**
**Document Number:** 509

**Docket Text:**
ORDER granting [507] Government's Motion for Reduction of Sentence for Substantial Assistance - as to deft (03) JASEN ANTONIO - signed by Judge HELEN GILLMOR on 08/22/06; this order filed in CR 03-00493HG-01, CR 03-00494HG-06, and CR 03-00496HG-03. [Antonio's sentence of 131 months is reduced to 92 months] (afc)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=8/23/2006] [FileNumber=137685-0]
[ae3a7cff1e381ae4432146e90d054b566670130ae006188db517b20421d0f6d42fe8
9a08966d9006a8be16ef80450c5c65fc03de1554a280f162606202488f6c]]

**1:03-cr-496-3 Notice will be electronically mailed to:**

Florence T. Nakakuni    florence.nakakuni@usdoj.gov, pat.redondo@usdoj.gov; USAHI.ECFNarcotics@usdoj.gov

Chris A. Thomas    chris.thomas@usdoj.gov, madelynn.derby@usdoj.gov; janice.tsumoto@usdoj.gov; USAHI.ECFNarcotics@usdoj.gov

**1:03-cr-496-3 Notice will be delivered by other means to:**